CHARLES L. MACARTHUR and ARTHUR MACARTHUR, *Respondents,* *v.* THE CITY OF TROY, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

VILAS NATIONAL BANK OF PLATSBURGH, *Respondent, v.* ELRIC L. MOORE and others, *Appellants.* — Judgment reversed, with costs, and motion for judgment on frivolousness of answer denied, with ten dollars costs. Opinions by LEARNED, P. J., and LANDON, J.

THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellant, v.* LIFLET HARRIS, *Respondent.* — Judgment and order affirmed, with costs. Opinion by LANDON, J.; LEARNED, P. J., not acting.

ELIZABETH H. PUTNAM, *Respondent v.* CORNELIA M. STEWART, *Appellant.*—Judgment affirmed, with costs. Opinion by BOARDMAN, J.; LANDON, J., not acting.

CHARLES P. MCVEAN, *Appellant, v.* WILLIAM OHLEY, *Respondent.* — Nonsuit set aside, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

MARY A. SQUIRE, *Respondent, v.* LAURA PECK and CORNELIA PECK, *Appellants.*—Judgment affirmed, with costs. Opinion by BOARDMAN, J.

IN THE MATTER OF THE WILL OF GEORGE W. EWEN, *Deceased.* — Decree affirmed, with costs against appellants personally. Opinion by BOARDMAN, J.

ANNE MANNING, *Administratrix, etc., Respondent, v.* PORT HENRY IRON ORE COMPANY OF LAKE CHAMPLAIN, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LANDON, J.

RENSSELAER N. PATTERSON and others, *Respondents, v.* SILAS J. MOORE, and others, *Appellants.* — First order reversed, with ten dollars costs of printing and disbursement, and motion denied, with ten dollars costs; second order reversed, with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY TO ACQUIRE CROSSING OVER NEW YORK, LAKE ERIE AND WESTERN RAILWAY COMPANY. — Order of confirmance affirmed, with costs against appellants. Opinion by BOARDMAN, J.

JOHN CONDON, *Respondent, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellants.*— Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.; LEARNED, P. J., taking no part.

JAMES CARRIGAN, *Appellant, v.* THOMAS H. O'CONNOR, *as Executor, etc.,* and others, *Respondents.* — Judgment affirmed, with costs. Opinion by LANDON, J.

ELISHA MACK, *Respondent, v.* THOMAS PHELAN, *as Administrator, etc., Appellant.* — Judgment affirmed, with costs Opinion by LEARNED, P. J.